NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS LTD., COSMO TECHNOLOGIES LIMITED,**
*Plaintiffs-Appellants*

**v.**

**ACTAVIS LABORATORIES FL., INC., ACTAVIS PHARMA, INC., TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD.,**
*Defendants-Appellees*

―――――――――

2020-1201

―――――――――

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01288-LPS, Chief Judge Leonard P. Stark.

―――――――――

**JUDGMENT**

―――――――――

THOMAS P. STEINDLER, McDermott, Will & Emery LLP, Washington, DC, argued for all plaintiffs-appellants. Plaintiffs-appellants Valeant Pharmaceuticals International, Salix Pharmaceuticals Ltd. also represented by CHRISTOPHER MICHAEL BRUNO, PAUL MICHAEL

SCHOENHARD.

GARY N. FRISCHLING, Milbank LLP, Los Angeles, CA, for plaintiff-appellant Cosmo Technologies Limited. Also represented by YITE JOHN LU.

WILLIAM M. JAY, Goodwin Procter LLP, Washington, DC, argued for defendants-appellees. Also represented by JOHN T. BENNETT, GERARD JUSTIN CEDRONE, SAMUEL SHERRY, Boston, MA; ELIZABETH HOLLAND, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 18, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |